UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.08-80007-CIV-MIDDLEBROOKS/JOHNSON

HAROLD NICHOLSON, on his own behalf
and others similarly situated, DEREK
SCHENAVAR, on his own behalf and
others similarly situated, WILLIAM CHAFFINS,
on his own behalf and others similarly situated,
and JASON KALBERER,

    Plaintiffs,

**CLOSED CIVIL CASE**

v.

HOLIDAY ILLUMINATIONS, INC., a Florida
corporation, and PALM BEACH
MAINTENANCE, INC., a Florida corporation,
and LEONARD SCHULZ, individually,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the parties' Plaintiff's Supplemental Motion for Approval of Settlement Agreement. The Court has reviewed the record and is otherwise fully advised in the premises. Accordingly, it is hereby ORDERED AND ADJUDGED:

1. The Settlement Agreement among the parties is hereby APPROVED;

2. The above-styled action is hereby DISMISSED WITH PREJUDICE;

3. The Clerk shall close this case.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 31 day of July 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record